**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 21, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00127-CV

---

## IN RE KAREN L. COOLEY AND JOE ALFRED IZEN, JR., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1102074**

---

## MEMORANDUM OPINION

On February 24, 2022, relators Karen L. Cooley and Joe Alfred Izen, Jr. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Lashawn A. Williams, presiding judge of the County Civil Court at Law No. 3 of Harris County, to vacate: (1) its March 16, 2021 order granting Defendants' motion to disqualify attorney Joe Alfred Izen, Jr.; and (2) its

December 21, 2021, order denying Plaintiff Izen's motion to compel discovery. Additionally, relators request that we admonish the trial court "to adhere to and follow the provisions of the local rules of the Eleventh Administrative Judicial Region including those specified in Local Rules 14(a) and (b) governing attorney vacation letters."

After relators filed a supplemental mandamus record, we conclude that relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.